David A. Ward
dward@klugerhealey.com
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, NJ  07738
Telephone:  (973) 307-0800
**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF NEW YORK**

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**KALTURA, INC.,**<br><br>Defendant. | Case No.   24-cv-6234<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1, Plaintiff states that Patent Asset Management, LLC is its corporate parent corporation and there is no publicly held corporation owning 10% or more of the stock of Plaintiff.

Dated:  August 19, 2024

Respectfully Submitted,

*/s/ David A. Ward*
David A. Ward
KLUGER HEALEY, LLC
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500