**Kluger Healey, LLC**
Attorneys at Law

**DAVID A. WARD**
dward@klugerhealey.com
Admitted in NJ and NY

**521 Newman Springs Road, Suite 23**
**Lincroft, New Jersey 07738**
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

September 7, 2024

<u>*Via ECF*</u>
Honorable Jesse M. Furman, USDJ
United States District Court
Southern District of New York
500 Pearl Street. Courtroom 18B
New York, NY 10007

   Re: ***Rothschild Distribution Systems, LLC v. Kaltura, Inc.***,
     **24-cv-6234-JMF**
     **Letter Motion for Extension of Time**

Your Honor:

  We represent Plaintiff Rothschild Distribution Systems, LLC in the above matter. We write for two reasons. First, in compliance with Your Honor's August 26, 2024 Order, we have notified counsel for Defendant of Your Honor's Order and have provided a copy of same. Second, we have engaged in discussions with Defendant's counsel, who has only recently become involved in this case. As part of those discussions, Kaltura has requested, and we have agreed, to an extension of time for Kaltura to respond to the Complaint to November 9, 2024 (an extension of 60 days). This first requested extension will not impact the November 20, 2024 pretrial conference or the joint submission due on November 14, 2024.

  Thanking the Court for its consideration of this request, I remain,

         Respectfully yours,

         */s/ David A. Ward*
         DAVID A. WARD

cc: Gerson S. Panitch, Esq. (by email)
   *Counsel for Defendant Kaltura, Inc.*

**Montclair, NJ**     **New York, NY**     **Philadelphia, PA**