

DAVID A. WARD
dward@klugerhealey.com
Admitted in NJ and NY

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

November 12, 2024

*Via ECF*
Honorable Jesse M. Furman, USDJ
United States District Court
Southern District of New York
500 Pearl Street. Courtroom 18B
New York, NY 10007

   Re: *Rothschild Distribution Systems, LLC v. Kaltura, Inc.*,
     24-cv-6234-JMF
     **Letter Motion for Adjournment of Conference**

Your Honor:

  We represent Plaintiff Rothschild Distribution Systems, LLC in the above matter. The parties continue to work together, including exploring an early resolution to this litigation. In furtherance of discussions with the possibility of early resolution and to preserve judicial resources, Plaintiff respectfully asks for 28 extension from November 20, to December 18, 2024, as the date for the Court's Order first CMC in Docket Entry 11.

  All counsel have made an appearance in this case with Defendant Kaltura, Inc. filing an Answer and Counterclaims on November 12, 2024. Defendant does not oppose this motion and agrees it may be helpful in allowing the parties to pursue early resolution.

          Respectfully yours,

          */s/ David A. Ward*
          DAVID A. WARD

Application GRANTED. In the interest of facilitating settlement, the initial pretrial conference is hereby ADJOURNED to **December 18, 2024** at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 14.

          SO ORDERED.

          November 13, 2024

---

**Montclair, NJ**      **New York, NY**      **Philadelphia, PA**